UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

ANTONINA KHRAMOVA,

       Plaintiff

v.

HEATHER VAN NESS,

       Defendant

### NOTICE OF REMOVAL

To:    United States District Court
        District of Massachusetts

The petition of the Defendant, Heather Van Ness, asserts:

1.    On or about December 1, 2021, plaintiff commenced a civil action against the defendant in the Norfolk Superior Court of the Commonwealth of Massachusetts, County of Norfolk, entitled <u>Antonina Khramova v. Heather Van Ness</u>, Norfolk Superior Court, Civil Action No. 2182CV01076. A copy of the Complaint, and the Summons served on the defendant is attached hereto.

2.    The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 42 U.S.C. Section 1983, and is one which may be removed to this Court by the defendant pursuant to the provisions of 28 U.S.C. Section 1441. This is an action alleging claims including those arising out of the Constitution of the United States.

3.    Written notice of the filing of this Notice shall be promptly served upon the plaintiff's counsel and filed with the Clerk of the Norfolk Superior Court pursuant to 28 U.S.C. Section 1446(d).

4.    Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, the defendants shall file certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries in the state court with this

Court.

**WHEREFORE,** petitioner respectfully prays that the action now pending against her in the Norfolk Superior Court of the Commonwealth of Massachusetts in and for the County of Norfolk be removed to the United States District Court for the District of Massachusetts.

Signed and sworn to under the penalties of perjury this 22nd day of February, 2022.

                                              Defendant,

                                              By her attorney,

                                              /s/*Bradford N. Louison*
                                              _____
                                              Bradford N. Louison (BBO# 305755)
                                              Louison, Costello, Condon & Pfaff, LLP
                                              Ten Post Office Square, Suite 1330
                                              Boston, MA 02109
                                              (617) 439-0305

Date:  February 22, 2022

## CERTIFICATE OF SERVICE

    I, Bradford N. Louison, hereby certify that on February 22, 2022, a true copy of the above document was served upon:

Antonia Khramova
85 Endean Drive
East Walpole, MA   02032
antoninakhr@gmail.com

/s/ *Bradford N. Louison*

Bradford N. Louison