(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT – MOTOR VEHICLE TORT – CONTRACT – EQUITABLE RELIEF – OTHER)

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                                        SUPERIOR COURT
                                                                    CIVIL ACTION
                                                                    NO. 2182CV01076

_Antonina Khramova_, Plaintiff(s)

v.

_Heather Van Ness_, Defendant(s)
_Walpole Police, 50 South Street, Walpole, MA 02081_

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon _Antonina Khramova_ plaintiff's ~~attorney~~, whose address is _85 Endean Drive, E. Walpole, MA 02032_ an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Heidi E. Brieger    Esquire , at _____ the _January_ day of _30_, in the year of our Lord two thousand and _22_

                                                                    _____ Clerk.

A TRUE COPY. ATTEST
[signature]
DATE 02/07/2022

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

F-33

...lk Superior Court
... High Street
Dedham, MA 02026
(781) 362-1600

Plaintiff:
Antonina Khramova
85 Endean Drive,
E. Walpole, MA 02032
(617) 435-6079
email: antoninakhr@gmail.com

Defendant:
Heather Van Ness
Walpole Police
50 South Street,
Walpole, MA 02081
508/668-121...

Date: 11/14/21

## Civil Action Complaint

On 01/14/21 the Police officer Heather VanNess unlawfully ~~invited~~ invaded our house. She uninvited forced herself inside our house. Officer Heater falsified her police reports. Officer Heather fabricated false derogatory accusations against our family and reported them to police and DCF.

Officer Heather violated our human rights.

Officer Heather violated our constitutional rights.

Officer Heather deformed our character.

Officer Heather slandered our family

Officer Heather severely traumatized and emotionally distress our family. Officer Heather put on our family in anguish.

Damages - requested amount - $100.000 + court fee
Pain and suffering, anguish, severe emotional distress, trauma, anxiety, inability to sleep, constant fear, flashbacks, stress, slander, defamation, discrimination.

Respectfully submitted by
/A. Khramova/

# COMMONWEALTH OF MASSACHUSETTS

**SUPERIOR COURT**
**CIVIL ACTION**
NO. 2182cv01076

NORFOLK, ss.

FILED 2021 DEC -1 PM 1:39
CLERK OF THE COURTS
NORFOLK COUNTY

Antonina Khramova
PLAINTIFF(S) (PRINT NAME CLEARLY)

**COMPLAINT**

vs.

Heather Van Ness
DEFENDANT(S) (PRINT NAME CLEARLY)

**PARTIES**

1. Plaintiff(s) reside(s) at 85 Endean Drive, E. Walpole, MA 02032
   Street — City of Town

   in the County of Norfolk

2. Defendant(s) reside(s) at Walpole Police, 50 South Street, Walpole, MA 02081
   Street — City of Town

   in the County of Norfolk

**FACTS**

3. See: Attachment - 3 pages

_____

_____

_____

_____

_____

4.  Answer this question **only** if you are seeking a restraining order against the defendant(s):

    Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

    Yes _____     No ___✓___

    If Yes, describe the Court proceeding(s) and its/their status. ___n/a___

_____

_____

See: Civil Action Cover sheet.

**WHEREFORE, plaintiff demands that** Heather Van Ness ~~Gelman~~ should pay $100.000.00 (one hundred thousand dollars) for pain and suffering, severe emotional distress, trauma, anguish, anxiety, defamation, constant fear, stress, slander, inability to sleep, discrimination, violation of human rights

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 11/21/21

Signature of Plaintiff(s): IKHRAMOVA

Street Address: 85 Endean Drive

City/Town: E. Walpole, MA 02032

Telephone: (617) 435-6079

email: antoninakhr@gmail.com

01/14/21 was the second contact with police. Heather VanNess
On 01/14/21 DCF social worker Guzzi informed me that police had strong evidences because of my closed ties with criminals of my country of origin that I involved in human trafficking, sexual slavery and sexual children exploitation. Later Mr.Guzzi was removed from his position/case because he shared too much information to with me.

He also said that I have to let police inside house and I have to show police my children. He also said that otherwise police will force themselves inside my house, remove my children by force from me and I will never see my children again.
When I was on phone with Mr. Guzzi police was already at my house banging a front door so violently and loudly that all house was shaking.
Police didn't use a door bell.
I run to door , opened , said "I need a mask " and run approximately 2 meters, 30 seconds to kitchen to put on mask on me and on my daughter.
When I returned to door after 30 seconds police already forced themselves without any invitation inside house.
We were shocked and scared.
My little daughter was crying hysterically and hiding behind my back. The child was holding me so tightly that I wasn't able to move.
Police officer Heather yelled : "Where is the baby?" I pointed upstairs.
PO Heather went upstairs to the nursery room and I tried to follow her.
She saw the baby. The baby was on her crib.

I informed officer Heather that from 12/16/20 (the baby's DOB ) to 01/14/21 there was no single call from hospital, police, doctors, DCF.

Officer Heather checked my phone and she didn't find one single phone from any official from 12/16/20 to 01/14/21.
I show officer Heather 2 calls on my phone that I made on 12/18/20 on our way home from hospital after discharge.
(1) to Hospital (2) to Atrius

Officer Heather said : " Police don't have any concerns about your children and your family".
She promised me to call Mr. Guzzi, DCF social worked immediately.
Officer Heather lied to me.
She didn't call DCF for almost five hours . By doing this we believe officer Heather sadistically tortured our family and severely emotionally traumatized us. I contacted police multiple times trying to connect officer Heather and DCF. Every time officer Heather said that she is going right away. I gave Officer Heather three phone number for Mr.Guzzi ( 508-318-8696, 508-394-2976, 781-641-8500 ext.6418220).
Finally around 7.30pm I reached officer Heather on 508-401-7943 and she told me that she spoke to Mr. Guzzi directly right now and she informed him that children were fine and there were no any police concerns about our children and our family.
Officer Heather lied to me again.
She omitted this development from her report. We believe she did it intentionally.

On that day, the Officer banged on the door and it shook the house. The Officer did not have any warrant and she forced her way into my house.
Following her forceful entry into my house, Officer Vanness falsified police reports by stating things that are not true. Officer Vanness fabricated false, derogatory accusations against me and my family, such as making statements about confidential health information about my behavior and health and the health of my minor children. The police report also makes statements about my Russian ethnicity, national origin, and accent when speaking. During the intrusion, the Officer also seemed confused about my cultural upbringing and the manner in which I interact with police, which are related to my Russian background. For example, she commented in the police report that I had strange behavior that she attributed to my Russian national origin. Officer Vanness then filed these reports with the police and also provided this false information to the DCF.

Allegations on 01/14/21:

(1) police stated that I was involved in human trafficking, sexual slavery and children sexual exploitation - UNTRUE. I never broke any law in my time and police knew about it

(2) since 12/18/20 when the baby was discharged from hospital nobody saw the baby , mother never brought baby to any doctor appointment. - UNTRUE. Since 12/28/20 mother brought the baby to all doctors scheduled appointments and that was no any concerns about the baby's wellbeing,
I never missed one single doctor appointment not only for my new born child but for any one of my children.
It was well documented and police knew about it. But they unlawfully invaded my house anyway.
See baby's schedule for doctors appointments.

(3) police statement stated : there are multiple disperences on
court papers. UNTRUE.
There is only one disperence on
court paper - a clerical error and it nothing to do with baby's wellbeing.

(1) Once officer Heather VanNess falsified her police reports. We believe that she did it intentionally.

(2) Police officer Heather VanNess fabricated false derogatory accusations against our family and reported them to police and DCF.

(3) Police officer Heather VanNess submitted incomplete reports.
We believe she intentionally omitted information.

---

The following are the falsified accusations against our family that officer Heather made and reported to police and DCF:

(1) officer Heather reported "something strange is going on" - It is false, derogatory, unfounded, deformation of family, slander statement.

(2) officer Heather reported: " male Lawrence all disheveled was yelling at me". - It is false, derogatory, deformation of character and slander statement.
We are on the 2 hour- baby-feeding schedule. The noisy unlawful police intrusion woke up Larry. He came out of room and was shocked to see police inside house. He didn't want police inside house. But it didn't stop officer Heather: she proceeded to nursery anyway.

(3) officer Heather reported: "family didn't have a baby's car seat ". It is falsified, unfounded, derogatory statement.
The baby was discharged using a car seat that the family provided and approved by the baby's doctor.

(4) Officer Heather reported: "Larry was late to pick up the baby up".
It is falsified, derogatory, unfounded, family deformation and slander statement.
The family followed precisely Dr. Rylander's recommendation for ~~name~~ discharge.

(5) Officer Heather reported: " It wasn't clear why the baby was allowed to leave the hospital " - It is falsified, derogatory, unfounded, family deformation and slander statement.
The family precisely followed all doctors' recommendations ; there was no one single reason for not discharging the baby.

(6) Officer Heather reported:" the court paper trial for the baby is not clear". It is false, unfounded, derogatory, family deformation and slander statement. Family has all legitimate court papers, and Antonina and Lawrence are the baby's parents.

(7) Officer Heather reported:" The family situation feels odd". - It is falsified, unfounded, derogatory , the family deformation and slander statement.

(8) Officer Heather reported:"They didn't have a lot /enough stuff for the baby". It is falsified, derogatory, unfounded, the family deformation and slander statement.
The family has the complete nursery set up for the baby with all necessary that was approved by the baby's doctors on 12/20/20, 12/22/20 and DCF social worker on 01/21/21.

(9) Officer Heather reported: "The dynamic in the home appeared to be off". It is falsified, unfounded, derogatory, the family's deformation and slander statement.

(10) Officer Heather reported:"woman with Russian accent" - It is the unlawful profiling, discriminating, violation of human rights statement.

(11) Officer Heather reported: "a petite little girl" -It is the profiling and discriminating and derogatory statement.
The doctors don't have any concerns about the child development and her parents providing care for her.

(12) Officer Heather reported: "girl with really short hair ". It is unlawful profiling , derogatory, deformation of character statement.

(13) Officer Heater reported : "girl with red hair". It is unlawful profiling, derogatory, deformation of character statement.

---

(14) Officer Heather reported:
" front door lighting has been taped up, which was not like that before ". It is falsified, unfounded , derogatory statement.

(15) Officer Heather reported: "Woman shut the door behind her". It is falsified statement. I didn't close the door and when I returned in 30 seconds Officer Heather uninvited forced her inside house already.

Officer Heather used other people unchecked statements and reported them as facts.

③ 

Please over → Civil Action Cover Sheet

(16) Statement: "never scheduled a follow up appointment for the baby" - It was false, unfounded statements.

(17) Statement: "Parents disinterest in the child". It is falsified, unfounded, derogatory, the family deformation and slander statement.

(18) Statement : "The parents lacked communication during the pregnancy". It is falsified , derogatory, unfounded, the family deformation and slander statement.
The family was in everyday contact during the pregnancy.

(19) Statement : "Could not get hold on parents when the surrogate went into labor".
It is falsified statement by a reason that the surrogate refused to give doctors the parents contact information. As a matter of fact the baby was delivered on 12/16/20 at 0:04am and the mother called hospital and spoke to nurses and Dr. Wayne on 12/16/20 at 0:12am and after until discharge the mother called hospital for baby wellbeing check every hour.

Officer Heather unlawfully and by violation of human rights disclosed, made public the extremely sensitive and strictly confidential medical information about family.

Police discriminated me on 12/16/20 when they received a falsified report : based solemnly only on my last name , Russian of origin they decided that I'm guilty and I'm heavily involved in human trafficking, sexual slavery and children sexual exploitation. Even more police decided that I have the close ties with criminals of my country of origin: Russia who assisted me in my illegal actives. It is untrue and police don't have any evidence to support it.
Police discriminated me by specifically targeting me based only on my last name Russian of origin on this matter and no any another member of family because only I have name Russian of origin and nobody else in my family.

For last eight months police continue to circle around my house with stops next to my driveway everyday intimidating and scared us, innocent people, special children.

For last eight months police has been forcing me, an innocent person, to be involved in very stressful , traumatized and very much time consuming activities trying to protect my family from unlawful police actions against my family : countless phone calls, preparing letters, emails, countless numbers of contact with doctors, nurses, clerks, officials, in St. Vincent Hospital, Atrius Medical care, police and other authorities.
It is cruel and unjust.

Van Ness also made many derogatory statements about another child appearance , her size/weight, hair style, hair color, baby's nursery.
Police officer Van Ness discriminated me and my family based on my origin.
Police officer violated our constitutional rights and our human rights.
She severely traumatized us, innocent people specially our children.

She emotionally distressed me and my children.
She put us, innocent people , in
great pain and suffering.
She falsified accusations against me and my family that were deformation of character and slander.
I/We believe she is not qualified and don't deserve to be a police officer of our country , the United States of America and should be disciplined by permanent suspension from her position.
I/The family should be paid $100,000.00 for pain and suffering.
Thank you.
Respectfully submitted by
/Antonina Khramova/

11/21/21

2.0

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): Antonina Khramova ADDRESS: 85 Endean Drive E. Walpole, MA 02032 (617) 435-6079 ATTORNEY: w/g ADDRESS: | | COUNTY DEFENDANT(S): Heather Van Ness 50 South Street Walpole, MA 02081 ADDRESS: (508) 668-1212 |
| BBO: email: antoninakhr@gmail.com | | |

CODE NO. A51 AD-1, AE-1

TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)
TYPE OF ACTION (specify)   TRACK   HAS A JURY CLAIM BEEN MADE?
☐ YES   ☐ NO

"If "Other", please describe:

Is there a claim under G.L. c. 93A?
☐ YES   ☐ NO

Is this a class action under Mass. R. Civ. P. 23?
☐ YES   ☐ NO

STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............ X $ w/g
2. Total doctor expenses ............ $
3. Total chiropractic expenses ............ $
4. Total physical therapy expenses ............ $
5. Total other expenses (describe below) ............ $
Subtotal (A): $

B. Documented lost wages and compensation to date ............ $
C. Documented property damages to date ............ X $ w/g
D. Reasonably anticipated future medical and hospital expenses ............ $
E. Reasonably anticipated lost wages ............ $
F. Other documented items of damages (describe below) ............ $

G. Briefly describe plaintiff's injury, including the nature and extent of injury: Officer Heather Van Ness unlawfully invaded our house.
* She severely traumatized and emotionally distress me, and my family, specially children!

Anguish, severe emotional distress, trauma, violation of human rights, discrimination, pain and suffering, slander, defamation, etc.

TOTAL (A-F): $ 100,000.00 + court fee

CONTRACT CLAIMS
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $

Signature of Attorney/ Unrepresented Plaintiff: X /Khramova/   Date: 11/21/21

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

CERTIFICATION PURSUANT TO SJC RULE 1:18
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X /Khramova/ - 11/21/21