UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTONINA KHRAMOVA,

    Plaintiff,

    v.                                                    CIVIL ACTION NO. 22-10300-NMG

HEATHER VAN NESS,

    Defendant.

REPORT AND RECOMMENDATIONS ON
DEFENDANT'S MOTION TO DISMISS (#9); PLAINTIFF'S MOTIONS TO REMAND
(##13; 22); AND PLAINTIFF'S MOTIONS FOR VARIOUS FORMS OF RELIEF
(##11; 12; 15; 21; 23; 24)[1]

KELLEY, U.S.M.J.

I. Introduction.

This case stems from actions taken by the Walpole Police, apparently in response to reports concerning the welfare of plaintiff's children, including her newborn baby. On December 1, 2021, Antonina Khramova filed a complaint, pro se, in the Norfolk Superior Court, #2182-cv-01076, against Walpole Police Officer Heather Van Ness seeking $100,000 "for pain and suffering, severe

---

[1] These motions have been referred to this court, see ##16; 17; 26, which will proceed via report and recommendation. *See Valley Mgmt., Inc. v. Boston Road Mobile Home Park Tenants Ass'n*, 736 F. Supp. 2d 344, 346-347 (D. Mass. 2010) (discussing split of authority on whether remand motion is dispositive or non-dispositive; proceeding via report and recommendation); *Unauthorized Practice of Law Comm. v. Gordon*, 979 F.2d 11, 13 (1st Cir. 1992) (per curiam) (declining to decide); cf. *ML-CFC 2007-6 Puerto Rico Properties, LLC v. BBP Retail Properties, LLC*, 951 F.3d 41, 49 n.4 (1st Cir. 2020) (citing *First Union Mortg. Corp. v. Smith*, 229 F.3d 992, 996 (10th Cir. 2000) (motion to remand is dispositive)); *see also Davidson v. Georgia-Pacific, LLC*, 819 F.3d 758, 763-764 (5th Cir. 2016) (joining Second, Third, Sixth, Ninth, and Tenth Circuits).

*Report and Recommendation accepted and adopted.*
*NMGorton, USDJ 06/17/2022*